UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NORTH DAKOTA
NORTHEAST DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA d/b/a<br>NORTH DAKOTA MILL &<br>ELEVATOR ASSOCIATION<br>*Plaintiff*,<br>v.<br><br>CRYSTAL WAREHOUSE CORPORATION,<br>*Defendant*. | CIVIL ACTION<br>NO. 03-12376-WGY |

### NOTICE OF APPEARANCE

To the Clerk:

Kindly enter my appearance as attorney for the defendant, Crystal Warehouse Corporation, in the above-entitled civil action.

December 8, 2003

/s/ Wesley S. Chused
Wesley S. Chused (BBO # 083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\12866\001\Pld\01