UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 16  A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

STATE OF NORTH DAKOTA

v.

CIVIL ACTION NO.
03-12376-WGY

CRYSTAL WAREHOUSE CORP.

### NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW Richard P. Anderson and Adam W. Hamm of the Fargo, North Dakota law firm of Anderson & Bottrell and hereby submit their Notice of Withdrawal of Appearance on behalf of the Defendant in the above entitled action Crystal Warehouse Corp.

Please be advised that Crystal Warehouse Corp. will be represented by Wesley S. Chused of the Boston, Massachusetts law firm of Looney & Grossman, LLP, 101 Arch Street, Boston, Massachusetts 02110.

Respectfully submitted this 12th day of December, 2003.

Adam W. Hamm (ND License #05515)
Richard P. Anderson (ND License #02880)
ANDERSON & BOTTRELL
State Bank Center
3100 13th Ave. SW, Ste. 302
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300

f:\4725\Notice of Withdrawal