UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF NORTH DAKOTA

v.   CIVIL ACTION NO.
     03-12376-WGY

CRYSTAL WAREHOUSE CORP.

**AFFIDAVIT OF SERVICE BY MAIL**

The undersigned, being first sworn, says upon her oath that a copy of each of the following:

1. Notice of Withdrawal of Appearance

was caused to be deposited in the United States Mail, first class postage paid, addressed to the following:

John S. Foster, Esq.
Zimney, Foster, Johnson, Dittus & Flaten
P.O. Box 13417
Grand Forks, ND 58208-3417

on the 12th day of December, 2003.

Dated this 12th day of December, 2003.

_____
Jennifer A. Ernst

Subscribed and sworn to before me this 12th day of December, 2003.

_____
Notary Public
My Commission Expires: _____

JODI M. NELSON
Notary Public
State of North Dakota
My Commission Expires Aug. 10, 2006