UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12376-WGY

NORTH DAKOTA
Plaintiff

v.

CRYSTAL WAREHOUSE
Defendant

SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

The Court having been advised on DEC. 29, 2003 that the above-entitled action has been settled: IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

December 29, 2003

To: All Counsel