UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NORTH DAKOTA d/b/a<br>NORTH DAKOTA MILL &<br>ELEVATOR ASSOCIATION<br>*Plaintiff*,<br>v.<br><br>CRYSTAL WAREHOUSE CORPORATION,<br>*Defendant*. | CIVIL ACTION<br>NO. 03-12376-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, North Dakota Mill & Elevator Association, and the defendant, Crystal Warehouse Corporation, hereby stipulate and agree that all the claims of all parties in this action be and hereby are dismissed with prejudice and without costs, each party to bear its own attorneys' fees and costs, and each party waiving all rights to appeal.

STATE OF NORTH DAKOTA d/b/a
NORTH DAKOTA MILL &
ELEVATOR ASSOCIATION

By its attorney,

_____
John S. Foster, Esq. (ID #03300)
Zimney, Foster, Johnson, Dittus & Flaten
3100 South Columbia Road
P.O. Box 13417
Grand Forks, ND 58208-3417
(701) 772-8111

December 23, 2003

CRYSTAL WAREHOUSE CORPORATION

By its attorney,

_____
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

FEB. 2, 2004

L:\12866\000\Pld\10